## **SPECIAL INTERROGATORY**

1. Did Defendant Martha Podporska make observations and/or receive information at the Port Authority Bus Terminal that gave her reasonable cause to believe that Plaintiff Michael Rose had committed an offense?

    Yes\_\_\_\_\_ No\_\_\_\_\_